**No. 55126.**—Edward Goldman Co., Inc., et al. *v.* United States, protests 892059–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 55127.**—Textile Looms, Inc., et al. *v.* United States, protests 990013–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 55128.**—Aris Gloves, Inc., et al. *v.* United States, protests 18071–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 55129.**—Bergdorf Goodman Co. et al. *v.* United States, protests 142775–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 16, 1951

**No. 55130.**—M. A. Hoenecke *v.* United States, protest 132809–K  (Minneapolis).

Opinion by CLINE, J.   Following the authorities cited in Abstract  15400 the court dismissed the protest.

**No. 55131.**—T. H. Lung Co. *v.* United States, protest 139876–K (Boston).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, JANUARY 18, 1951

**No. 55132.**—Amin Azizullahoff and J. D. Smith Inter-Ocean, Inc. *v.* United States, protests 125053–K and 163873–K (B) (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55133.**—The Linde Air Products Co. and B. Shackman & Co. *v.* United States, protests 133789–K and 146436–K (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.